JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXOTO INC., | Case No.: 2:21-cv-03754-MEMF-SSC |
| Plaintiff, | **JUDGMENT ON VERDICT FOR DEFENDANTS** |
| v. | |
| SUNRICH COMPANY, LLC, | |
| Defendants. | |

This action having been tried before the Court, the Honorable Maame Ewusi-Mensah Frimpong, District Judge, presiding; the issues having been duly tried and the Court having duly rendered its verdict.

IT IS SO ORDERED AND ADJUDGED that Plaintiff Exoto Inc. take nothing and that the action be dismissed on the merits.

Dated: February 11, 2025

The Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

1